UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUICKSILVER RESOURCES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-08-868 |
| | § | |
| EAGLE DRILLING, LLC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## Order

Pending before the court is the Magistrate Judge's Memorandum and Recommendation (Dkt. 285) (hereinafter "M&R") relating to whether Texas law or Oklahoma law should apply to various tort claims alleged by Quicksilver Resources, Inc. ("Quicksilver") and Eagle Drilling LLC ("Eagle"). Having reviewed the M&R, objections from Glenn Darden, Thomas F. Darden, Paul J. Cook (collectively, the "Individual Defendants"), and Quicksilver (Dkt. 287), objections from Eagle (Dkt. 288), the Individual Defendants' response to Eagle's objections (Dkt. 290), other relevant documents contained within the record, and the applicable law, the court is of the opinion that the objections should be overruled and that the M&R should be adopted. The court therefore **OVERRULES** the objections to the M&R (Dkts. 287, 288) and **ADOPTS** the M&R (Dkt. 285) in its entirety.

It is so ORDERED.

Signed at Houston, Texas on May 24, 2011.

_____
Gray H. Miller
United States District Judge